COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      John Coleman v. Laquisha Martelle

Appellate case number:    01-12-01053-CV

Trial court case number:  2005-47351

Trial court:              310th District Court of Harris County

      Angela Reese McKinnon, counsel for petitioner, John Coleman, has filed a motion to withdraw as counsel.  In her motion, counsel fails to provide a list of current deadlines and settings in this case and fails to provide Coleman's telephone number.  *See* TEX. R. APP. P. 6.5(a)(1), (2).  Further, although McKinnon certifies that the motion was delivered to Coleman via certified mail, she fails to certify that the motion was also delivered to Coleman by first-class mail.  *See* TEX. R. APP. P. 6.5(b) (requiring delivery of motion to party by both certified and first-class mail).  Accordingly, the motion is denied.

      It is so ORDERED.


Judge's signature: /s/ Harvey Brown
        ☑ Acting individually    ☐ Acting for the Court


Date: March 11, 2013